IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 NOV 19 PM 1 03
STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>WESLEY WAYNE LEECH,<br><br>              Defendant. | No. _____<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of Firearms)<br><br>14 CR 286-F |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about August 7, 2014, in the District of Wyoming, the Defendant, **WESLEY WAYNE LEECH**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is a Glock pistol, Model 21, .45 ACP caliber, serial number DVA069, and a Ruger rifle, Model M77, .25-06, serial number 72-15769, said firearms having been shipped and transported in interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

"Ink signature on file in clerk's office"
FOREPERSON

_____
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | WESLEY WAYNE LEECH |
| **DATE:** | November 12, 2014 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in: Casper |
| **VICTIM:** | No |
| **SEAL CASE:** | No |
| **OFFENSE:** | Ct. 1: 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of a Firearm) |
| **PENALTIES:** | NMT 10 YEARS IMPRISONMENT<br>$250,000 FINE<br>NMT 3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| **TOTALS:** | NMT 10 YEARS IMPRISONMENT<br>$250,000 FINE<br>NMT 3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| **AGENT:** | ATF SA John Powley |
| **AUSA:** | Desiree Wilson |
| **ESTIMATED TIME OF TRIAL:** | 5 days or less |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |