# United States District Court
## For The District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| WESLEY WAYNE LEECH | CASE NUMBER: 14CR286-NDF |

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   WESLEY WAYNE LEECH

and bring him or her forthwith to the nearest magistrate to answer Indictment charging him or her with **Felon in Possession of a Firearm** in violation of 18 USC 922(g)(1) and 924(a)(2)

| | |
|---|---|
| Stephan Harris | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *Stephan Harris* | November 19, 2014  Casper, Wyoming |
| Signature of Issuing Officer | Date and Location |
| *[signature]* SEAL | |
| By Deputy Clerk | |
| Bail fixed at $ Detain | By: Scott W. Skavdahl |
| | United States District Judge |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |