# United States District Court
## for
## Wyoming

U. S. A. vs. WESLEY WAYNE LEECH            Docket No. 14-CR-286-F

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Eddie J. Lobatos, Probation/Pretrial Services Officer, presenting an official report upon the conduct of defendant, Wesley Leech, who was placed under pretrial release supervision by the Honorable Teresa M. McKee, U.S. Magistrate Judge, sitting in the Court at Lander, Wyoming, on December 4, 2014. Among the conditions of bail were the terms as follows:

> The defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1. On March 5, 2015, the defendant provided a urine sample that tested positive for marijuana. The defendant admitted to having consumed marijuana on or about March 1, 2015. In addition, the defendant admitted to having consumed marijuana approximately 12 times since he has been released out on bond for the instant offense. A consent search of the defendant's camper revealed that the defendant was in possession of 3 roach clips; two packs of rolling papers; marijuana grinder; wooden case with marijuana pipe; 2 marijuana pipes; and several marijuana screens.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED FOR THE DEFENDANT SO THAT HE MAY BE BROUGHT BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

### ORDER OF COURT

Considered and ordered this 11th day of March 2015, and ordered filed and made a part of the records in the above case.

_____
Nancy D Freudenthal
Chief U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Eddie J. Lobatos, U.S. Probation Officer
Place: Lander, Wyoming
Date: March 11, 2015

Approved: _____
Paul E. Ricketts
Deputy Chief U.S. Probation Officer