RECEIVED
U.S. MARSHALS SERVICE
2015 MAR 11 PM 4: 13

ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 MAR 18 PM 3 37
STEPHAN HARRIS, CLERK
CHEYENNE

# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

WESLEY WAYNE LEECH.

**WARRANT FOR ARREST**

CASE NUMBER: 14-CR-286-F

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **WESLEY WAYNE LEECH** and bring him forthwith to the nearest magistrate to answer a Petition for Warrant for Offender Under Supervision charging him with violating (a) term(s) and/or condition(s) of his supervised release in violation of previous court order.

| | |
|---|---|
| Stephan Harris | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| Stephan Harris | March 11, 2015, Cheyenne, WY |
| Signature of Issuing Officer | Date and Location |
| By Deputy Clerk | |
| Bail fixed at $ DETAIN | By: Nancy D. Freudenthal |
| | Chief United States District Judge |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _1051 Hamilton Dome Rd, Thermopolis, WY_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/18/15 | USMS-Landy + Hot Springs CO SO, Thermopolis WY | for USMS. Landy, WY |